FILED
16-0519
12/13/2017 11:51 AM
tex-21275593
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK



# IN THE SUPREME COURT OF TEXAS

Oral Argument Submission Form

Cause No.  16-0519

Style: American YouthWorks, Inc. d/b/a American YouthWorks Charter School, et al.

v.   Texas Education Agency and Mike Morath, Commissioner of Education for the State of Texas

Notice of setting for oral submission by the Supreme Court of Texas, as numbered and styled above, is herewith acknowledged and of the submission date for oral argument on:

Date Of Oral Argument:    01/10/2018

9:00a.m.

Oral argument on behalf of: ☑Petitioner   ☐ Relator   ☐ Other

☐Respondent   ☐Real Party In Interest

Oral Argument Will Be Presented By:

Robert A. Schulman

(Please print your name above as you wish it to appear on the Court's Submission Schedule)

Firm Name   Schulman, Lopez, Hoffer & Adelstein, LLP

Full Address   517 Soledad Street, San Antonio, Texas 78205

Telephone No.  210-538-5385

Counsel For   Petitioner American Youthworks, Inc. d/b/a American YouthWorks Charter School

PLEASE NOTE: All attorneys must file this submission form through the eFileTexas.gov electronic filing system.
Petitioner/Relator/Appellant is assessed an additional $75.00 fee for the oral submission of the petition. This fee is due and payable prior to the submission of this cause in oral argument before the Court.

CERTIFICATE OF SERVICE

I hereby certify that on ___12/13/2017___ the foregoing oral argument submission form was electronically
served upon the following counsel of record in compliance with the Texas Rules of Appellate Procedure:

Date

David J. Campbell
_____
Name

808 West Avenue
_____
Address Line 1

Austin, Texas 78701
_____
Address Line 2

_____
Address Line 3

Beth Klusmann
_____
Name

P. O. Box 12548 (MC 059)
_____
Address Line 1

Austin, Texas 78711-2548
_____
Address Line 2

_____
Address Line 3

/s/
_____
Robert A. Schulman